Rafael A. JOSEPH, Plaintiff—Appellant,

v.

John E. POTTER, Defendant—Appellee.

No. 07–17297.

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2008.*

Filed July 21, 2008.

Rafael A. Joseph, San Francisco, CA, pro se.

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

MEMORANDUM **

This is an appeal from a dismissal of a complaint alleging discrimination claims under 42 U.S.C. § 2000e–16 ("Title VII") and breach of contract. The district court dismissed appellant's Title VII claims as time-barred and for failure to exhaust administrative remedies and the breach of contract claim for failure to state a claim. The district court also provided appellant an opportunity to amend the complaint to state a claim for breach of contract. The district court subsequently dismissed the case for failure to prosecute when plaintiff failed to amend his complaint.

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.